

FILED

2018 MAY 16  PM 12: 13

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Jose Alfredo MONTES-Mejia<br><br>Defendant. | Case No. 18 MJ8 76 0<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section  1325<br>Illegal Entry (Misdemeanor) |

The undersigned complainant being duly sworn states:

On or about May 15, 2018 within the Southern District of California, defendant, Jose Alfredo MONTES-Mejia, an alien, did knowingly and willfully enter the United States at a place other than as designated by immigration officers, eluding examination and inspection by Immigration Officers, a misdemeanor; in violation of Title 8, United States Code, Section 1325.

1      And the complainant states this complaint is based on the attached Statement of Facts,

2  which is incorporated herein by reference.

3

4                                     _____
                                      ROBERT REYES
5                                     BORDER PATROL AGENT

6

7      SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 16th

8  DAY OF MAY 2018.

9

10                                    _____
                                      HON. PETER C. LEWIS
11                                    U.S. MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                      2

1

2

3

4

5

UNITED STATES OF AMERICA
v.
Jose Alfredo MONTES-Mejia

6

STATEMENT OF FACTS

7

8

9

10

This complaint is based upon the investigative report of Border Patrol Agent (BPA) C. Reyes, that defendant, Jose Alfredo MONTES-Mejia (MONTES) entered the United States and was arrested on May 15, 2018, at 6:10 p.m. near Calexico, California.

11

12

13

14

15

16

17

18

19

20

21

22

On May 15, 2018, BPA K. Chavez was performing his assigned line-watch duties approximately 12 miles east of the Calexico West Port of Entry.  This area consists mostly of agricultural fields. The All American canal runs east to west and is located approximately 43 yards north of the international boundary. Highway 98 runs east to west and is located approximately 1.3 miles north of the international boundary.  Aliens frequently use this area to illegally enter into the United States due to its seclusion and close proximity to Highway 98. Aliens enter this area and use the surrounding vegetation in an effort to make their way to Highway 98, where they will load into a vehicle driven by smugglers in an effort to further their entry into the United States.

23

24

25

26

At approximately 5:50 p.m., BPA Chavez observed footprints for multiple individuals leading north away from the All American Canal. BPA Chavez informed agents in the area of the event via service radio and proceeded to follow the footprints. At approximately 6:10

27

28

3

1   p.m., BPA Chavez encountered six individuals, including one later identified as MONTES,

2   approximately 120 yards north of the international boundary.

3
4   BPA Chavez identified himself as a BPA and questioned MONTES as to his

5   citizenship.  BPA Chavez ascertained MONTES is a citizen of Mexico without the proper

6   documentation to enter, work, or reside in the United States legally.  BPA Chavez then placed

7
8   MONTES and the five other individuals under arrest.

9   MONTES was read his Miranda Rights.  MONTES stated he understood his rights

10  and was willing to answer questions without the presence of an attorney.  MONTES stated

11
12  he is a citizen of Mexico.  MONTES stated he did not possess any documentation allowing

13  him to enter, work, or reside in the United States legally.

14  Record checks revealed that MONTES was most recently removed from the United

15
16  States on March 12, 2018.  There is no evidence showing MONTES has applied for and

17  sought or received permission from the United States Attorney General or the Secretary of

18  the Department of Homeland Security to enter the United States.

19
20
21
22
23
24
25
26
27
28

4